# United States Court of Appeals for the Federal Circuit

---

**THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK,**
*Plaintiff-Appellee*

**v.**

**GEN DIGITAL INC., FKA SYMANTEC CORPORATION, FKA NORTONLIFELOCK, INC.,**
*Defendant*

**QUINN EMANUEL URQUHART & SULLIVAN, LLP,**
*Sanctioned Party-Appellant*

---

2024-1244

---

Appeal from the United States District Court for the Eastern District of Virginia in No. 3:13-cv-00808-MHL, Chief Judge M. Hannah Lauck.

---

## MANDATE

---

In accordance with the judgment of this Court, entered March 11, 2026, and pursuant to Rule 41 of the Federal Rules of Appellate Procedure, the formal mandate is hereby issued.

FOR THE COURT

April 17, 2026
Date

Jarrett B. Perlow
Clerk of Court