**No. 24-1244**

**IN THE UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT**

THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK,

*Plaintiff-Appellee*,

v.

GEN DIGITAL INC., fka Symantec Corporation, fka NortonLifeLock, Inc.,

*Defendant-Appellant*,

QUINN EMANUEL URQUHART & SULLIVAN, LLP,

*Sanctioned Party-Appellant*.

Appeal from the United States District Court for the Eastern District of Virginia in No. 3:13-cv-00808-MHL, Judge M. Hannah Lauck.

**NOTICE TO WITHDRAW AS COUNSEL**

Jeffrey B. Wall of the law firm Gibson, Dunn & Crutcher LLP respectfully withdraws as counsel for Plaintiff-Appellee The Trustees of Columbia University in the City of New York. Garrard R. Beeney of Sullivan & Cromwell LLP, who has appeared in the case, will remain principal counsel.

April 29, 2026

Respectfully submitted,

/s/ Jeffrey B. Wall
Jeffrey B. Wall
Gibson, Dunn & Crutcher LLP
1700 M Street, NW
Washington, D.C. 20036
(202) 955-8533
JWall@gibsondunn.com

*Counsel for Plaintiff-Appellee*